# United States District Court

_____ DISTRICT OF ___Colorado___

UNITED STATES OF AMERICA

v.

Michael McPherson

**ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION**

Case Number: 06 MJ 01032

Charging District Case Number: 2:06 cr 00031 PGC

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the ___Central division___ District of ___Utah___; and shall appear at all proceedings as required. The first appearance will be during the week of March 6, 06 as directed. The defendant shall next appear at (if blank, to be notified) by personal service.

_____ *Place and Address*

_____ on _____
                         *Date and Time*

_____
Signature of Judicial Officer

PATRICIA A COAN
US MAGISTRATE JUDGE

23 Feb 06
*Date*                         *Name and Title of Judicial Officer*